**CHAPMAN LAW FIRM, LPA, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2014–5048.

United States Court of Appeals, Federal Circuit.

Nov. 17, 2014.

John M. Murdock, Benton, Potter & Murdock, PC, of Falls Church, Virginia, argued for plaintiff-appellant. With him on the brief were Janine S. Benton and Rosanne E. Stafiej.

Lauren S. Moore, Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With her on the brief were Stuart F. Delery, Assistant Attorney General, Robert E. Kirschman, Jr., Director, Patricia M. McCarthy, Assistant Director, and Gregg M. Schwind, Senior Trial Counsel.

PROST, Chief Judge, MAYER and LOURIE, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED AND ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**